IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 1:09CV1657 |
| | ) | |
| Plaintiff, | ) | Judge Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| NELSON TIBBITTS, | ) | <u>DEFAULT JUDGMENT</u> |
| | ) | |
| Defendant. | ) | |

A default having been entered as to the defendant, NELSON TIBBITTS, in the above case, on the <u>24th</u> day of <u>September</u>, 2009 all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendant and having filed a proper affidavit with me as to the amount due from the defendant to the plaintiff;

Judgment is entered in the favor of the United States of America, plaintiff, against NELSON TIBBITTS, defendant, in the amount of $3,020.17 (Principal of $1,282.15 and Interest of $1,738.02 through August 21,

2009), plus 08.00% interest to the date of judgment and interest from the date of judgment at the legal rate, computed daily and compounded annually until paid in full, and plus costs of suit in the amount of $350.00.

    This __24th__ day of __September__, 2009

                              IT IS SO ORDERED:

                              s/Christopher A. Boyko
                              UNITED STATES DISTRICT JUDGE